IN RE: Paul Ervin Treon                                   **BK NO. 26-01023 HWV**
     Marcia Ann Treon
                **Debtor(s)**                      **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


           Respectfully submitted,


/s/ *Matthew Fissel*

Matthew Fissel
28 Apr 2026, 13:36:04, EDT


     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322

Document ID: b65870bd6b5e97f24cbf39356d9d94cad461b46c6125c2e3cac52011711ca8d3