# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Paul Ervin Treon  
      Marcia Ann Treon  

              Debtor(s)

**BK NO. 26-01023 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*
_____
Matthew Fissel  
28 Apr 2026, 13:36:04, EDT

      KML Law Group, P.C.  
      BNY Mellon Independence Center  
      701 Market Street, Suite 5000  
      Philadelphia, PA 19106  
      215-627-1322

Document ID: b65870bd6b5e97f24cbf39356d9d94cad461b46c6125c2e3cac52011711ca8d3