United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Paul Ervin Treon

Marcia Ann Treon

    Debtors

Case No. 26-01023-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 2

Date Rcvd: May 14, 2026           Form ID: ntcnfhrg           Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Paul Ervin Treon, Marcia Ann Treon, 16 Hilltop Drive, Mount Holly Springs, PA 17065-1800 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5795689 | | Email/Text: bncnotifications@pheaa.org | May 14 2026 18:42:00 | AES / PHEAA, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5795690 | + | Email/Text: bnc-aquafinance@quantum3group.com | May 14 2026 18:43:00 | Aqua Finance, One Corporate Drive Suite 300, PO Box 844, Wausau, WI 54402-0844 |
| 5795691 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 18:56:21 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5797299 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 18:56:43 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5795692 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2026 18:56:26 | Citibank, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5795693 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2026 18:43:00 | Comenity Bank, Attn: Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 5795694 | + | Email/Text: bankruptcy@connexuscu.org | May 14 2026 18:43:00 | Connexus Credit Union, P.O.Box 8026, Wausau, WI 54402-8026 |
| 5795695 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2026 18:56:23 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5795696 | | Email/Text: mrdiscen@discover.com | May 14 2026 18:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5795697 | + | Email/Text: csr@fccfinance.com | May 14 2026 18:42:00 | FCC Finance, 5800 Democracy Drive, Plano, TX 75024-4607 |
| 5795698 | | Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 18:43:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 5795699 | | Email/PDF: cbp@omf.com | May 14 2026 18:56:18 | OneMain Financial Group, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5801143 | | Email/PDF: cbp@omf.com | May 14 2026 18:55:50 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5796575 | + | Email/PDF: cbp@omf.com | May 14 2026 18:56:43 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5795700 | ^ | MEBN | May 14 2026 18:41:49 | Patenaude & Felix, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |

| 5795701 | + Email/PDF: ebnotices@pnmac.com | | |
|---|---|---|---|
| | | May 14 2026 18:56:26 | PennyMac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5801661 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 14 2026 18:43:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5795702 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 14 2026 18:56:20 | Synchrony Bank (CareCredit), Attn: Bankruptcy Department, PO Box 71783, Philadelphia, PA 19176-1783 |
| 5795703 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 14 2026 18:55:50 | Synchrony Bank (Lowes), Attn: Bankruptcy Department, PO Box 71783, Philadelphia, PA 19176-1783 |
| 5795704 | + Email/Text: bncmail@w-legal.com | | |
| | | May 14 2026 18:43:00 | TD Bank USA, PO Box 673, Minneapolis, MN 55440-0673 |
| 5795705 | ^ MEBN | | |
| | | May 14 2026 18:41:57 | Weltman, Weinberg & Reis Co., 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Paul Ervin Treon pmurphy@dplglaw.com  jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Marcia Ann Treon pmurphy@dplglaw.com  jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Paul Ervin Treon,

      **Debtor 1**

Marcia Ann Treon,

      **Debtor 2**

Chapter     13

Case No.     1:26−bk−01023−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 17, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 24, 2026 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 14, 2026 |

ntcnfhrg (08/21)